IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

EDWIN JOSE MARRERO,

    Plaintiff,

v.                          Case No. 1:17cv136-MW/CAS

NANCY A. BERRYHILL,
**Acting Commissioner of the
Social Security Administration,**

    Defendant.

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 18, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation, ECF No. 19. Accordingly,

**IT IS ORDERED**:

The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion. The Clerk shall enter judgment stating, "The decision of the Commissioner to deny Plaintiff Marrero's applications for Social Security benefits is **AFFIRMED**." The Clerk shall close the file.

**SO ORDERED on February 13, 2018.**

                                       s/Mark E. Walker       
                                       **United States District Judge**